Case 2:11-cv-00913-FJM   Document 1-1   Filed 05/06/11   Page 1 of 1

A.R.S. Const. Art. 2 § 37											Page 1

Arizona Revised Statutes Annotated Currentness
  Constitution of the State of Arizona (Refs & Annos)
    Article II. Declaration of Rights
      → § 37. Right to secret ballot; employee representation

Section 37. The right to vote by secret ballot for employee representation is fundamental and shall be guaranteed where local, state or federal law permits or requires elections, designations or authorizations for employee representation.

CREDIT(S)

Added by Laws 2010, 9th S.S., S.C.R. 1001, § 1, Prop. 113, approved election Nov. 2, 2010, eff. December 14, 2010.

HISTORICAL AND STATUTORY NOTES

Proposition 113, based on Laws 2010, 9th S.S., S.C.R. No. 1001, proposing amendment to the Constitution of Arizona, by addition of Article II, § 37, relating to the right to vote a secret ballot regarding employee representation, was approved by the electors at the November 2, 2010 general election as proclaimed by the Governor on December 14, 2010.

Reviser's Notes:

**2010 Note.** Pursuant to authority of title 41, chapter 8, article 1, Arizona Revised Statutes, this section, added by 2010 Proposition 113, sec. 1, was renumbered as § 37.

A. R. S. Const Art. 2 § 37, AZ CONST Art. 2 § 37

Current through the First Special Session, and legislation effective April 19, 2011 of the First Regular Session of the Fiftieth Legislature (2011)

(C) 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

END OF DOCUMENT