# Exhibit 3

**Scharf-Norton Center for Constitutional Litigation at the**
**GOLDWATER INSTITUTE**
Clint Bolick (Arizona Bar No. 021684)
Diane S. Cohen (Arizona Bar No. 027791)
Christina Kohn (Arizona Bar No. 027983)
500 E. Coronado Rd., Phoenix, AZ 85004
(602) 462-5000
litigation@goldwaterinstitute.org
*Attorneys for Intervenor-Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, | )<br>)<br>) |
| Plaintiff, | ) **AFFIDAVIT OF TIMOTHY F.**<br>) **MOONEY** |
| vs. | )<br>) |
| STATE OF ARIZONA, | )<br>) |
| Defendant. | ) |

## AFFIDAVIT OF TIMOTHY F. MOONEY

Timothy F. Mooney, being duly sworn, states as follows:

1. I am an adult citizen of the State of Arizona and fully competent to attest to and have direct knowledge of the facts contained in this affidavit.

2. I am national coordinator of SOS Ballot Inc. (Save Our Secret Ballot), which is a nonprofit corporation organized under section 501(c)(4) of the federal internal revenue code. Save Our Secret Ballot was established in December 2008.

3. The mission of Save Our Secret Ballot is to educate the American public on the continued need for a secret ballot for elections under state or federal law, including union recognition. The principal activity of Save Our Secret Ballot is to

place on state election ballots and secure voter approval of constitutional amendments to secure the right to secret ballot.

4. In 2009-10, Save Our Secret Ballot was the principal catalyst for legislative referral and popular enactment of secret ballot constitutional amendments in four states: Arizona, South Carolina, South Dakota, and Utah. The amendments were passed in all four states with between 60 to 86 percent of votes in favor.

5. On May 11, 2011, following lobbying efforts by Save Our Secret Ballot, Indiana adopted a statute guaranteeing the right to secret ballot in union recognition elections.

6. Save Our Secret Ballot presently is actively engaged in promoting measures protecting the right to secret ballot by referendum or initiative for the November 2012 ballot in seven more states: Alabama, California, Florida, Missouri, New Hampshire, Ohio, and Tennessee.

7. Save Our Secret Ballot drafted the language upon which all of the enacted and proposed measures are based, including the Arizona amendment that is the subject of this litigation. Save Our Secret ballot was granted intervention to defend the certification of the Arizona amendment for the November 2010 ballot in *McLaughlin v. Bennett*, 238 P.3d 619 (Ariz. 2010).

8. In the course of developing and promoting the measures, Save Our Secret Ballot acquired substantial expertise on relevant legal issues, including the federal pre-emption issues presented in this lawsuit as well as affirmative

constitutional defenses that are necessary for a comprehensive determination of those issues.

9. In addition to this lawsuit, the National Labor Relations Board (NLRB) has announced a similar challenge to the South Dakota secret ballot amendment. According to press reports, the NLRB has reserved the possibility of challenging the amendments in other states as well.

10. Should the NLRB's actions be successful, they would thwart Save Our Secret Ballot's core mission, negate its successful efforts thus far, and impair ongoing and future efforts to advance its mission.

11. If granted intervention, Save Our Secret Ballot intends to vigorously defend the challenged amendment and resist efforts to narrow its protection of essential rights.

I swear under penalty of perjury that the foregoing facts are true and correct.

_____
Timothy F. Mooney

Executed this 26 day of May, 2011

_____
Signed and sworn to before me by the above stated person on May 26, 2011.

_____
Notary Public



" OFFICIAL SEAL "
Cheryl McCarty
Notary Public - Arizona
Maricopa County
My Commission Expires 7/21/2013