**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD, | ) | 2:11-cv-00913 |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION OF** |
| | ) | **SAVE OUR SECRET BALLOT AND** |
| vs. | ) | **34 INDIVIDUALS TO INTERVENE AS** |
| | ) | **DEFENDANTS** |
| STATE OF ARIZONA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 24(c), Fed. R. Civ. P., the motion of Save Our Secret Ballot and 34 Individuals to intervene as defendants is granted.

DATED this _____ day of _____, 20_____

_____
Judge Frederick J. Martone
United States District Judge