1 **WO**

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7 FOR THE DISTRICT OF ARIZONA

8

9 National Labor Relations Board, ) CV 11-00913-PHX-FJM
   )
10 Plaintiff, ) **ORDER**
   )
11 vs. )
   )
12 )
   State of Arizona, )
13 )
   Defendant, )
14 )
   and )
15 )
   Save Our Secret Ballot; Joyce McClain;)
16 Jose Barraza; R. Scott Brooks, Jr.; Sandra)
   Brown; Dominic T. Drobeck; Rafael)
17 Barraza; Jamie Franklin; Ahelardo Garcia;)
   Angelo Granata; Justin Helwig; Jose)
18 Hernandez; Raul Hernandez; Reyes)
   Inzunza; Derek Kaiser; Enrique Lara, Jr.;)
19 Benny P. Martinez; Gabriel Mendez;)
   Eleuterio Miguel; Chad A. Mullenax;)
20 Roger S. Myllenbeck; Adalberto Pena)
   Parra; Tyson Petrie; Jeff Phillips; Shawn)
21 Riegle; Daniel Rusch; David Santellano;)
   Roy C. Smith; Kelvin L. Steffen; Johnnie)
22 Teller, III; Marco Teran; Steven R.)
   Tulloss; Israel Vargas; Harvey Wietting;)
23 Raeleen Kasinec, )
   )
24 Intervenor-Defendants. )
   )
25 _____)

26

27 The court has before it the parties' joint stipulation for plaintiff to file an amended

28 complaint (doc. 27). A party may amend a pleading, outside of an amendment as a matter

of course, "only with the opposing party's written consent or the court's leave." Rule 15(a)(2), Fed. R. Civ. P. The parties have consented to plaintiff's filing of the first amended complaint.

**IT IS ORDERED GRANTING** the parties' stipulation for plaintiff to file a first amended complaint (doc. 27). Plaintiff shall comply with the filing and service requirements of LRCiv 15.1.

DATED this 13th day of January, 2012.

_Frederick J. Martone_

Frederick J. Martone
United States District Judge