# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| National Labor Relations Board, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| Plaintiff, ) | CV 11-0913-PHX-FJM |
| v. ) | |
| State of Arizona, ) | |
| Defendant. ) | |
| Save Our Secret Ballot, et al., ) | |
| Intervenor-Defendants. ) | |

____   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court.** This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED having granted both Intervenor-Defendants' and Defendant State of Arizona's Motion for Summary Judgment against Plaintiff, this action is dismissed in its entirety.

| | |
|---|---|
| September 5th 2012 | BRIAN D. KARTH |
| Date | District Court Executive/Clerk |
| | |
| | s/ Kathy Gerchar |
| | (by) Kathy Gerchar, Deputy Clerk |

cc: (all counsel)